**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Gary W. Whitley
      Barbara A. Whitley      :    Case No.    13-55074

                                   :    Chapter     13

    Debtors                             :

**NOTICE OF CHANGE IN DEBTOR'S MAILING ADDRESS**

Now comes Debtor Gary W. Whitley herein, by and through counsel, and hereby notifies the Court, the Trustee, and all other interested parties that Debtor's mailing address and physical address should be changed for all purposes associated with the case as follows:

    Gary W. Whitley
    1067 Greenbag Road
    Morgantown, WV 26508

Please send all future communications and notices to this new address.

                                                                Respectfully Submitted,

Dated:   August 18, 2015                /s/ Gregory S. Pope
                                                             Gregory S. Pope (0065081)
                                                              Pope Law Offices, LLC
                                                              98 County Line Road West, Suite A
                                                              Westerville, Ohio 43082
                                                               (614) 891-9500
                                                              Attorney for Debtor Gary W. Whitley

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Change of Address was served via the EM/CMF electronic notice system, or first class U.S. mail this 18th day of August, 2015, upon the following parties:

    Frank M. Pees, Standing Chapter 13 Trustee, trustee@ch13.org
    Asst US Trustee (Col), Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
    Brian M Gianangeli, bgianangeli@mifsudlaw.com
    Mia L Conner , sohbk@lsrlaw.com
    Kristin J. Bryant, Bryant_law@sbcglobal.net

and on the following by **ordinary U.S. Mail** addressed to:

    Barbara A. Whitley, 7524 Lee Road, Westerville, Ohio 43081
    America's Servicing Co., MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715

                                                                  /s/ Gregory S. Pope
                                                                 Gregory S. Pope (0065801)