**United States Bankruptcy Court**
**Southern District of Ohio - Eastern Division (Columbus)**

| | | | |
|---|---|---|---|
| In re | **Gary W. Whitley** <br> **Barbara A. Whitley** <br> Debtors(s) | Case No. <br> Chapter <br> Judge | **13-55074** <br> **13** <br> **Charles M. Caldwell** |

# NOTICE OF CHANGE IN DEBTOR, GARY WHITLEY'S MAILING ADDRESS

Now comes the Debtor, Gary W. Whitley, through his attorney, Gregory S. Pope, and hereby notifies the Court, the Trustee, and all other interested parties that Debtor's mailing address and physical address should be changed for all purposes associated with the case as follows:

Gary W. Whitley
300 North Ohio Ave
Clarksburg, WV 26301

Please send all future communications and notices to this new address.

                                                    Respectfully submitted,

                                                    **/s/ Gregory S. Pope**
                                                    Gregory S. Pope 0065081
                                                    Pope Law Offices, LLC
                                                    98 County Line Road West, Suite A
                                                    Westerville, OH 43082
                                                    614-891-9500
                                                    Bankruptcy@Pope-Law-Offices.com

# CERTIFICATE OF SERVICE

     I hereby certify that on **November 10, 2016**, a true copy of the foregoing document was served upon the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

| | |
|---|---|
| **Asst US Trustee (Col)** <br> Office of the US Trustee <br> 170 North High Street <br> Suite 200 <br> Columbus, OH 43215 | **Frank M. Pees, Chapter 13 Trustee** <br> 130 E. Wilson Bridge Road, Ste. 200 <br> Worthington, Ohio 43085 |

                                                    **/s/ Gregory S. Pope**
                                                    Gregory S. Pope (0065081), Attorney for Debtor